IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARRY ROBERTS                                                    PLAINTIFF

v.                          No. 4:16-cv-700-DPM

PENNYMAC LOAN SERVICES LLC                                        DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 May 2017